IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MONICA WILSON                                                                                    PLAINTIFF

V.                                                                                      NO. 3:14CV00152-JMV

COMMISSIONER OF SOCIAL SECURITY                                              DEFENDANT

## ORDER DISMISSING CASE

Before the court is Plaintiff's Motion to Dismiss [17]. In support of the motion, Plaintiff states, *inter alia*, that "there are no issues for which the Plaintiff could prevail before this Court." The Commissioner does not oppose the motion.

**THEREFORE, IT IS ORDERED** that the instant motion is granted, and this case is **DISMISSED** with prejudice pursuant to FED. R. CIV. P. 41(a)(2).

This 19th day of November, 2014.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE